IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-mc-00094-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

$17,500.00 IN UNITED STATES CURRENCY,

Defendant(s).

---

MINUTE ORDER
DN 6

---

It is hereby ORDERED that the United States' Motion to Vacate Telephone Status Conference (DN 6), filed with the Court on April 2, 2008, is GRANTED. The Telephone Status Conference set for April 7, 2008, at 8:30 a.m., is VACATED.

It is FURTHER ORDERED that this case is dismissed and terminated.

Date: April 3, 2008